No. 04–9400. JALOMO LOPEZ *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, 544 U. S. 1064;

No. 04–9452. BALLENTINE *v.* ILLINOIS STATE POLICE, 544 U. S. 1040;

No. 04–9457. ALLEN *v.* MAXWELL-HODGES ET AL., 544 U. S. 1065;

No. 04–9471. BUNCH *v.* STALDER, SECRETARY, LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, 544 U. S. 1065;

No. 04–9499. ATHANASIADES *v.* EDELMAN, 544 U. S. 1025;

No. 04–9511. HOHMANN *v.* WOOD, DBA WOOD OBERHOLTZER, *ante,* p. 1107;

No. 04–9523. PORTER *v.* MICHIGAN PAROLE BOARD ET AL., *ante,* p. 1107;

No. 04–9565. HUMMINGWAY, AKA GOLDENSTEIN *v.* UNITED STATES, 544 U. S. 1041;

No. 04–9636. STRATTON *v.* UNITED STATES, 544 U. S. 1042;

No. 04–9662. EVANS ET AL. *v.* DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT ET AL., 544 U. S. 1066;

No. 04–9670. BLOM *v.* UNITED STATES, 544 U. S. 1043;

No. 04–9715. IN RE PEDRAZA, 544 U. S. 1031;

No. 04–9849. IN RE WILLIAMS, 544 U. S. 1048;

No. 04–9861. BUCULEI *v.* UNITED STATES, 544 U. S. 1067; and

No. 04–9874. MOODY *v.* DELRAY BEACH POLICE DEPARTMENT ET AL., *ante,* p. 1120. Petitions for rehearing denied.

No. 03–10812. WILLIAMS *v.* UNITED STATES, 543 U. S. 852;

No. 04–8544. WALKER *v.* BARNHART, COMMISSIONER OF SOCIAL SECURITY, ET AL., 544 U. S. 933; and

No. 04–9497. VOLIS *v.* UNITED STATES, 544 U. S. 1025. Motions for leave to file petitions for rehearing denied.

AUGUST 4, 2005

No. 05–5619 (05A129). SIBLEY *v.* ALABAMA. Sup. Ct. Ala. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied.

No. 04–9544 (05A125). IN RE SIBLEY, *ante,* p. 1103. Application for stay of execution of sentence of death, presented to JUS-

TICE KENNEDY, and by him referred to the Court, denied. Petition for rehearing denied.

AUGUST 8, 2005

No. 05–68. CITY OF WARREN, MICHIGAN v. UNITED STATES FIRE INSURANCE CO. C. A. 6th Cir. Certiorari dismissed under this Court's Rule 46.1.

AUGUST 10, 2005

No. 04–10369. IN RE DAIGNEAULT. Petition for writ of mandamus dismissed under this Court's Rule 46.

No. 05–5684 (05A142). STERLING v. TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS, JUSTICE GINSBURG, and JUSTICE BREYER would grant the application for stay of execution.

AUGUST 11, 2005

No. 05–5722 (05A145). IN RE TURRENTINE. Application for stay of execution of sentence of death, presented to JUSTICE BREYER, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

AUGUST 22, 2005

No. 04A989. SAVAGE v. UNITED STATES. Application for certificate of appealability, addressed to JUSTICE SCALIA and referred to the Court, denied.

No. 04A990. CLAYTON v. RUNNELS, WARDEN. Application for certificate of appealability, addressed to JUSTICE SOUTER and referred to the Court, denied.